IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02626-PAB-KMT

ESTATE OF MARVIN L. BOOKER,
REVEREND B.R. BOOKER, SR., and
ROXEY A. WALTON, as Co-personal Representtives,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
MARY DULACKI, in her official capacity as Records Coordinator for the
Department of Safety,
DEPUTY FAUN GOMEZ, individually and in her official capacity,
DEPUTY JAMES GRIMES, individually and his official capacity,
DEPUTY KYLE SHARP, individually and in his official capacity,
DEPUTY KENNETH ROBINETTE, individually and in his official capacity,
SERGEANT CARRIE RODRIGUEZ, individually and in her official capacity, and
SERGEANT MEDINA, individually and in his/her official capacity,

      Defendants.

## MINUTE ORDER

**Order Entered by Judge Philip A. Brimmer**

      This matter is before the Court on the plaintiffs' voluntary dismisal of action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [Docket No. 22]. Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that the "plaintiff may dismiss an action without a court order by filing: . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." In this case, defendants have filed a motion to dismiss [Docket No. 17] but have not filed an answer or a motion for summary judgment. *See In re Bath and Kitchen Fixtures Antitrust Litigation*, 535 F.3d 161, 166 (3d Cir. 2008) ("Because a motion to dismiss under Fed. R. Civ. P. 12(b)(6) is neither an answer nor a motion for summary judgment, its filing generally does not cut off a plaintiff's right to dismiss by notice."); *Melvin v. Social Sec. Admin.*, 2010 WL 3984607, at *3 (E.D.N.C. Oct. 8, 2010). Therefore, upon the filing of plaintiffs' voluntary dismissal, this case was automatically dismissed without prejudice and without the need for a court order. *See* Fed. R. Civ. P. 41(a)(1)(B); *see also Ross v. Ada County*, --- F. Supp. 2d ----, 2010 WL 3037830, at *5 (D. Idaho Aug. 2, 2010). Therefore, it is

**ORDERED** that, in light of plaintiffs' voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), defendants' motion to dismiss [Docket No. 17] is denied as moot.

DATED January 3, 2011.